# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-six.

Before:     Alison J. Nathan,
                 *Circuit Judge*.

_____

United States of America,                          **ORDER**

                Appellee,                          Docket No. 26-216

    v.

Harrison Elba,

                Defendant - Appellant.

_____

Appellant moves for a 90-day extension until August 27, 2026, to file the opening brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED, absent objection. No further extensions will be granted.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

