UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 26-216                                Caption [use short title]

Motion for: Unopposed Motion for Extension of Time      United States of America

to File Appellant's Brief and Joint Appendix            v.

Harrison Elba

Set forth below precise, complete statement of relief sought:

Unopposed motion to extend the time to file Appellant's

opening brief and joint appendix to November 25, 2026.

MOVING PARTY: Harrison Elba                     OPPOSING PARTY: United States of America

☐ Plaintiff          ☐ Defendant

☒ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Lisa A. LeCours          OPPOSING ATTORNEY: Kostya Lantsman

[name of attorney, with firm, address, phone number and e-mail]

Harris Beach Murtha Cullina PLLC          United States Attorney's Office, District of Connecticut

677 Broadway, Suite 1101, Albany, NY 12207   157 Church Street, 25th Floor, New Haven, CT 06510

(518) 701-2763; llecours@harrisbeachmurtha.com   (203) 821-3700; konstantin.lantsman@usdoj.gov

Court- Judge/ Agency appealed from: United States District Court of Connecticut - Hon. Stefan R. Underhill

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

**Signature of Moving Attorney:**

_____  Date: 7/28/26   Service : ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF AND JOINT APPENDIX

1. I, Lisa A. LeCours, am a partner in the law firm Harris Beach Murtha Cullina PLLC. My partner, Brian Ginsberg, was retained as counsel for appellant Harrison Elba, an incarcerated person, in this appeal challenging the United States District Court for the District of Connecticut's judgment of conviction and sentence pursuant to which Mr. Elba is incarcerated. I am a member of the bar of this Court, as well as the bar of the State of New York.

2. Mr. Elba's deadline for filing his opening brief and the joint appendix is currently set for August 27, 2026.

3. Mr. Elba makes this unopposed motion to request that the deadline be extended by ninety (90) days to November 25, 2026.

4. There is good cause to grant this unopposed request.

5. This is Mr. Elba's second motion for an extension of time to file his opening brief and the joint appendix. The Court previously granted Mr. Elba's first motion for an extension of time, which was requested because, among other reasons, Mr. Elba had recently engaged Mr. Ginsberg as his appellate counsel, and because of previously

calendared oral arguments and other major deadlines for which Mr. Ginsberg was committed through the middle of June.

6. However, Mr. Elba now requires more time than was anticipated at the time of his previous motion, due to recent, extraordinary and unforeseen events, and not due to any act or omission on Mr. Elba's or Mr. Ginsberg's part.

7. Specifically, Mr. Ginsberg was recently diagnosed with an aggressive form of colon cancer requiring immediate and debilitating treatment. For reasons related to that illness and the treatments he is receiving for it, he has been unavailable to participate in the briefing process or to otherwise carry out his duties as lead counsel in this matter.

8. Further, in light of Mr. Ginsberg's current situation, his work is being reassigned and it has therefore become necessary for Mr. Elba to retain new appellate counsel to represent him in this matter. The additional time is needed so that Mr. Elba can retain suitable counsel and so that there can be an orderly transition during which new appellate counsel can familiarize themselves with the record and prepare the opening brief and joint appendix.

9.      Counsel for the Government has advised that Appellees do not oppose this request for a ninety-day extension for the filing of Mr. Elba's opening brief and the joint appendix.

10.     The requested extension of time in which to file Mr. Elba's opening brief and the joint appendix is not anticipated to cause the Government any material prejudice.  I understand that Mr. Elba is presently incarcerated and that he will remain incarcerated for the duration of this appeal.

## CONCLUSION

For the foregoing reasons, there is good cause to grant Mr. Elba's unopposed motion for an extension of time in which to file his opening brief and the joint appendix. The motion is made due to unforeseen circumstances beyond the control of Mr. Elba or Mr. Ginsberg, and there is no prejudice to any party.  Mr. Elba's request to extend the current deadline for his opening brief and the joint appendix by ninety (90) days to November 25, 2026 should be granted.

July 28, 2026

Respectfully submitted,

__/s/ Lisa A. LeCours____

HARRIS BEACH MURTHA
CULLINA PLLC
677 Broadway, Suite 1101
Albany, New York 12207
(518) 701-2763
llecours@harrisbeachmurtha.com

*Counsel for Appellant
Harrison Elba*